United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-12518-elf
Akin Lackey                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 1              Date Rcvd: May 24, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db            Akin Lackey,    1235 65th Ave,    Unit B,    Philadelphia, PA   19126-3608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Akin  Lackey vbs00001@aol.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Akin** | | **Lackey** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 2:18-bk-12518 | | |

Chapter filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☑ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 20.00 | 4/20/18 |
| | Month / day / year |
| $ 96.67 | 5/31/18 |
| | Month / day / year |
| $ 96.67 | 6/16/18 |
| | Month / day / year |
| + $ 96.66 | 7/16/18 |
| | Month / day / year |
| Total $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

5/24/18
Month / day / year

**By the court:** _____
United States Bankruptcy Judge

B 103A (Official Form 103A)   Application for Individuals to Pay the Filing Fee in Installments
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Akin Lackey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 2:18-bk-12518 | | |

☐ Check if this an amended filing

## Official Form 103A
### Application for Individuals to Pay the Filing Fee in Installments          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  Specify Your Proposed Payment Timetable**

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☐ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ■ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   | | | | |
   |---|---|---|---|
   | $ | 20.00 | ■ With the filing of the petition<br>☐ On or before this date......... | MM / DD/ YYYY |
   | $ | 96.67 | On or before this date........... | 5/16/18<br>MM / DD/ YYYY |
   | $ | 96.67 | On or before this date........... | 6/16/18<br>MM / DD/ YYYY |
   | + $ | 96.66 | On or before this date........... | 7/16/18<br>MM / DD/ YYYY |

   Total: $ 310.00   Your total must equal the entire fee for the chapter you checked in line 1.

**Part 2:  Sign Below**

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X **/s/ Lackey Akin**                    X _____           X **/s/ Vaughn Booker**
**Akin Lackey**                                                                                            **Vaughn Booker**
Signature of Debtor 1                          Signature of Debtor 2                          Your attorney's name and signature, if you used one

Date **May 24, 2018**                    Date _____           Date **May 24, 2018**
MM / DD / YYYY                                  MM / DD / YYYY                                    MM/ DD / YYYY

B 103A (Official Form 103A)     Application for Individuals to Pay the Filing Fee in Installments
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com