## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ACKIN LACKEY, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.   18-12518 ELF |

# O R D E R

**AND NOW WHEREAS:**

A.  This bankruptcy case was filed on **April 16, 2018**.

B.  Pursuant to Fed. R. Bankr. P. 3002(c), the deadline for filing proofs of claim is **June 25, 2016**.

C.  For a number of reasons, there has been a delay in the issuance and service of the notice of meeting of creditors advising creditors of the aforementioned deadline.

It is therefore **ORDERED** that:

1. **The deadline for filing proofs of claim is EXTENDED to July 30, 2018**.

2. Within three (3) business days of the docketing and service of the notice of meeting of creditors, Debtor's counsel shall serve this Order on all creditors and parties in interest and shall promptly thereafter file a certification of service

Date: <u>June 6, 2018</u>

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE