United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Akin Lackey  
     Debtor

Case No. 18-12518-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 06, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db          Akin Lackey,    1235 65th Ave,    Unit B,    Philadelphia, PA   19126-3608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

        JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
        KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST bkyefile@rasflaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        VAUGHN A. BOOKER    on behalf of Debtor Akin   Lackey vbs00001@aol.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ACKIN LACKEY, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  18-12518 ELF |

# O R D E R

**AND NOW WHEREAS:**

A. This bankruptcy case was filed on **April 16, 2018**.

B. Pursuant to Fed. R. Bankr. P. 3002(c), the deadline for filing proofs of claim is **June 25, 2016**.

C. For a number of reasons, there has been a delay in the issuance and service of the notice of meeting of creditors advising creditors of the aforementioned deadline.

It is therefore **ORDERED** that:

1. **The deadline for filing proofs of claim is EXTENDED to July 30, 2018**.

2. Within three (3) business days of the docketing and service of the notice of meeting of creditors, Debtor's counsel shall serve this Order on all creditors and parties in interest and shall promptly thereafter file a certification of service

**Date: June 6, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE