# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-12518-elf |
| Akin Lackey | : | Chapter 13 |
| Debtor | : | Judge: Eric L. Frank |

_____

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Anson Street, LLC ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a mortgage lien.that all notices that are required to be given

Respectfully submitted,

**PINCUS LAW GROUP, PLLC**

Dated: June 19, 2018

By:  /s/ Nicole LaBletta
Nicole LaBletta, Esq.
425 RXR Plaza
Uniondale, New York 11556
Telephone: 516-699-8902
Fax: 516-279-6990
Email:nlabletta@pincuslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 18-12518-elf |
| Akin Lackey | : | Chapter 13 |
| Debtor | : | Judge: Eric L. Frank |

_____

**CERTIFICATE OF SERVICE**

I, Nicole LaBletta, certify that on June 19, 2018, I served true and correct copies of the Notice of Appearance and Demand for Service of Papers on the following parties in the manner specified for each party below:

**VAUGHN A. BOOKER**
**Attorney for Debtor**
Vaughn A. Booker Attorney Law
1420 Walnut Street, Suite 815
Philadelphia, PA  19102
*Via CM/ECF*

**Trustee**
**Wiilliam C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
*Via CM/ECF*

**Akin Lackey**
**Debtor**
1235 65th Ave, Unit B
Philadelphia, PA 19126-3608
*Via US Mail*

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF

Dated: June 19, 2018               */s/ Nicole LaBletta*
                                          Nicole LaBletta, Esq.