**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Vaughn A. Booker, Esquire** | Attorney for Debtor |
| **1420 Walnut Street, Suite 815** | |
| **Philadelphia, Pennsylvania 19102** | |
| **Telephone: (215) 545-0474** | |
| **Facsimile: (215) 545-0656** | |
| **Email: vbs00001@aol.com** | |
| **Attorney I.D. No: 42312** | |

_____

**In Re:**                                             :    Chapter 13 Bankruptcy

**Akin Lackey**                                  :    No: 18-12518-ELF
                    **Debtor**

_____:

**CERTIFICATE OF SERVICE**

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that **I served** a true and correct copy of the ***Order of Court*** of Judge Eric L. Frank extending the deadline for filing Proofs of Claims dated June 6, 2018 **and** a true and correct copy of the ***Notice of the 341 Meeting of Creditors*** scheduled for July 25, 2018 at 1:00 p.m., on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons **on June 17, 2018.**

Anson Street, LLC
Pincus Law Goup, PLLC
425 RXR Plaza
Uniondale, New York 11556-3811

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, Pennsylvania 17128-0946

City of Philadelphia School District of Philadelphia
Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, Pennsylvania 19102-1617

Bank of America
P.O. Box 15026
Wilmington, Delaware 19850

City of Philadelphia Water Revenue Bureau
1404 John F. Kennedy Blvd, Floor 5
Philadelphia, Pennsylvania 19107-3212

Discover Financial Services, LLC
P.O. Box 3025
New Albany, Ohio 43054

PECO Energy
2301 Market Street
Philadelphia, Pennsylvania 19103

Portfolio Recovery and Affiliates
120 Corporate Blvd, Suite 1
Norfolk, Virginia 23502

Rushmore Loan Management Services
P.O. Box 814529
Dallas, Texas 75381

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

Chase
P.O. Box 15298
Wilmington, Delaware 19850

Di Tech Financial
306 E. Clarkson Avenue
Philadelphia, Pennsylvania 19120

Greenwich Revolving Trust
Fay Servicing, LLC
3000 Kellaway Drive, Suite 150
Carrolton, Texas 75006-3357

Penny Mac Loan Services, LLC
P.O. Box 29247
Phoenix, Arizona 85038

RBS Citizens NA
1000 Lafayette Boulevard
Bridgeport, CT 06604

Shellpoint Mortgage Servicing Co.
P.O. Box 619063
Dallas, Texas 75261

Web Bank/DFS
12234 N. Interstate 35 SB Bldg B
Austin, Texas 78753

Citibank, N.A. as Trustee for CMTL Asset Trust
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

U.S. Attorney Office
C/o Virginia Powel, Esquire
Room 1250
615 Chestnut Street
Philadelphia, Pennsylvania 19106

Anson Street, LLC
c/o Shellpoint Mortgage Servicing
Greenville, S.C. 29603

Chase
P.O. Box 78240
Phoenix, Arizona 85062

Di Tech Financial
P.O. Box 64378
Saint Paul, MN 55164

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, Pennsylvania 19122

Roundpoint Mortgage Servicing
P.O. Box 194049
Charlotte, North Carolina 28219

Thd/CBSD
P.O. Box 6497
Sious Falls, SD 57117

City of Philadelphia
City of Philadelphia Law Department
Tax Unit. Bankruptcy Department
1515 Arch Street, 15th Floor
Philadelphia, Pennsylvania 19102

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, Delaware 19850

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Nicole B. Labletta, Esquire
Pincus Law Group
425 RXR Plaza
Uniondale, New York 11556
Attorney for Anson Street, LLC

Kevin M. Buttery, Esquire
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Diluth, Georgia 30097
Attorney for Citibank, N.A. as Trustee for
CMLTI Asset Trust

Jerome B. Blank, Esquire
Phelan Hallinan & Schmeig, LLP
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103
Attorney for DiTech Financial, LLC

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
710 Market Street, Suite 500
Philadelphia, Pennsylvania 19106

Kevin M. Buttery, Esquire
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Diluth, Georgia 30097
Attorney for Greenwich Revolving Trust
by Wilmington Savings Fund Society, FSB

Akin Lackey
1235 65th Avenue
Unit B
Philadelphia, Pennsylvania 19126-3608

                          **By:**

                          **/s/ Vaughn A. Booker, Esquire**
                          **Vaughn A. Booker, Esquire**
                          **Attorney for Debtor,**
                          **Akin Lackey**

**Dated: June 22, 2018**