# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-12518-ELF

AKIN  LACKEY

1235 65TH AVENUE
UNIT B
PHILADELPHIA, PA 19126

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    AKIN  LACKEY

    1235 65TH AVENUE
    UNIT B
    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    VAUGHN A. BOOKER ESQ
    1420  WALNUT STREET  STE 815

    PHILADELPHIA, PA 19102-

Date: 7/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee