# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Akin Lackey<br>                       Debtor<br><br>Ditech Financial LLC<br>                       Movant<br>    vs.<br><br>Akin Lackey<br>                       Respondent | CHAPTER 13<br><br><br><br>NO. 18-12518 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 28, 2018 (Document No. 50).

                                       Respectfully submitted,

                                       **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       Attorney for Movant
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322

October 31, 2018