**Vaughn A. Booker, Esquire**         Attorney for Debtor
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
vbs00001@aol.com

_____
**In Re:**                                                      **: Chapter 13 Bankruptcy**
       **Akin Lackey**

                                                                     **: No: 18-12518 - ELF**


_____**:**

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Fourth Chapter 13 Amended Plan, dated November 30, 2018, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

| | |
|---|---|
| William C. Miller, Esquire | Pamela Thurmond, Esquire |
| 1234 Market Street, Suite 813 | City of Philadelphia Law Dep't |
| Philadelphia, Pennsylvania 19107 | Bankruptcy Group, MSB |
| Chapter 13 Trustee | 1401 John F. Kennedy Blvd, 5th Floor |
| | Philadelphia, Pennsylvania 19102-1595 |
| | Attorney for City of Philadelphia |
| | |
| Rebeccca Ann Solarz, Esquire | |
| KML Group, P.C. | Akin Lackey |
| 710 Market Street. Suite 5000 | 12356 5th Avenue, Unit B |
| Philadelphia, Pennsylvania 19106 | Philadelphia, Pennsylvania 19126 |
| | |
| United States Trustee | Jerome B. Blank, Esquire |
| Office of the U.S. Trustee | Phelan Hallinan & Schmeig, LLP |
| 833 Chestnut Street, Suite 500 | 1617 JFK Boulevard |
| Philadelphia, Pennsylvania 19107 | Philadelphia, Pennsylvania 19106 |
| | Attorney for DiTech Financial, LLC |

Kevin G. McDonald, Esquire
Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorneys for Di Tech Financial, LLC

Kevin M. Buttery, Esquire
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Diluth, Georgia 30097
Attorney for Creditor
Greenwich Revolving Trust

Nicole B. Labletta, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, Pennsylvania 19406
Attorney for Creditor
Anson Street, LLC

Anson Street, LLC
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826

                        **By:**

                        **/s/ Vaughn A. Booker, Esquire**
                        **Vaughn A. Booker, Esquire**
                        **Attorney for Debtor**
                        **Akin Lackey**

**Dated: November 30, 2018**