**Vaughn A. Booker, Esquire**               **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
vbs00001@aol.com

_____
**In Re:**                                 **: Chapter 13 Bankruptcy**
      **Akin Lackey**

                                           **: No: 18-12518 - ELF**


_____**:**

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Fifth Amended Chapter 13Plan, dated December 10, 2018, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire              Pamela Thurmond, Esquire
1234 Market Street, Suite 813           City of Philadelphia Law Dep't
Philadelphia, Pennsylvania 19107        Bankruptcy Group, MSB
Chapter 13 Trustee                       1401 John F. Kennedy Blvd, 5th Floor
                                         Philadelphia, Pennsylvania 19102-1595
                                         Attorney for City of Philadelphia


Rebeccca Ann Solarz, Esquire
KML Group, P.C.                          Akin Lackey
710 Market Street. Suite 5000           123565th Avenue, Unit B
Philadelphia, Pennsylvania 19106         Philadelphia, Pennsylvania 19126


United States Trustee                    Jerome B. Blank, Esquire
Office of the U.S. Trustee               Phelan Hallinan & Schmeig, LLP
833 Chestnut Street, Suite 500           1617 JFK Boulevard
Philadelphia, Pennsylvania 19107         Philadelphia, Pennsylvania 19106
                                         Attorney for DiTech Financial, LLC
                                         and Penny Mac Loan Services, LLC

Kevin M. Buttery, Esquire
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Diluth, Georgia 30097
Attorney for Creditor
Citibank, N.A. as Trustee
for CMLTI Asset Trust

By:

    **/s/ Vaughn A. Booker, Esquire**
    **Vaughn A. Booker, Esquire**
    **Attorney for Debtor**
    **Akin Lackey**

**Dated: December 10, 2018**