# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Akin Lackey | CHAPTER 13 |
| _____Debtor_____ | BK NO: 18-12518 ELF |
| Ditech Financial LLC | |
| _____Movant_____ | |
| v. | |
| Akin Lackey | |
| _____Debtor_____ | |
| William C. Miller Esq. | |
| _____Trustee_____ | |

### ORDER

Upon consideration of Movant's Motion requesting an extension of time, it is hereby

**ORDERED** that the deadline to file the settlement Stipulation between the parties is **EXTENDED** to

**February 18, 2019**.

Dated:  1/18/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**