**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| **Vaughn A. Booker, Esquire** | **Attorney for Debtor** |
| **1420 Walnut Street, Suite 815** | **Akin Lackey** |
| **Philadelphia, Pennsylvania 19102** | |
| **Telephone: (215) 545-0474** | |
| **Facsimile: (215) 545-0656** | |
| **Email: vbs00001@aool.com** | |

| | | |
|---|---|---|
| **In Re:** | : | No: 18-12518 -ELF |
|     **Akin Lackey,** | : | Chapter 13 |
|         **Debtor** | : | |

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's Sixth Amended Chapter 13 Plan, dated 2-18-19, on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

| | |
|---|---|
| William C. Miller, Esquire | United States Trustee |
| 1234 Market Street, Suite 813 | Office of the U.S. Trustee |
| Philadelphia, Pennsylvania 19107 | 833 Chestnut street, Suite 500 |
| Chapter 13 Trustee | Philadelphia, Pennsylvania 19107 |

Jerome B. Blank, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, Pennsylvania 19103
Attorney for Creditor
DiTech Financial, LLC

Mario J. Hanyon, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, Pennsylvania 19103
Attorney for Creditor PHH Mortgage Company

Kevin G. McDonald, Esquire
Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorneys for Di Tech Financial, LLC

Kevin M. Buttery, Esquire
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 107
Duluth, Georgia 30097
Greenwich Revolving Trust

Nicole B. Labletta, Esquire
Pincus Law Group
425 RXR Plaza
Uniondale, NY 11556
Attorney for Creditor
Anson Street, LLC

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Dep't
Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, Pennsylvania 19102-1595

Akin Lackey
1235 65th Avenue
Unit B
Philadelphia, Pennsylvania 19126
Debtor

                                    **By:**

                                    **/s/ Vaughn A. Booker, Esquire**
                                    **Vaughn A. Booker, Esquire**
                                    **Attorney for Debtor,**
                                    **Akin Lackey**

**Dated: February 18, 2019**