**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Akin Lackey <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-12518 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322