## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| **Akin Lackey,** | : BK. No. 18-12518 ELF |
| **Debtor** | : Chapter 13 |
| vs. | : |
| **U.S. Bank National, not in its individual, capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4** | : |
| **Movant** | : |
| vs. | |
| **Akin Lackey,** | |
| **Debtor** | : |
| **William C. Miller, Esquire,** | |
| **Trustee** | : |

### CERTIFICATE OF SERVICE

I, Vaughn A. Booker, Esquire, being duly sworn according to law, deposes and says that I served a true and correct copy of the Debtor Ain Lackey's Response to the Motion of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 for Relief from the Automatic Stay on the following named parties or their Attorney of record, buy regular first class U.S. mail, postage pre-paid and/or electronic transmission, on the date and persons listed below:

Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19102
Attorney for U.S. Bank National Associations

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania19107

William C. Miller, Esquire
Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Akin Lackey
1235 65th Avenue, Unit B
Philadelphia, Pennsylvania 191026

                **Respectfully Submitted:**

                **/s/ Vaughn A. Booker, Esquire**
                **Vaughn A. Booker, Esquire**
                **1420 Walnut Street, Suite 815**
                **Philadelphia, Pennsylvania 19102**
                **Telephone: (215) 545-0474**
                **Facsimile: (215) 545-0656**
                **Email: vbs00001@aol.com**
                **Attorney for Debtor,**
                **Akin Lackey**

**Dated: June 21, 2019**