# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Akin Lackey | CHAPTER 13 |
| | BKY. NO. 18-12518 ELF |
| Debtor( | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for MTGLQ Investors, LP and index same on the master mailing list.

                            Respectfully submitted,
                            **/s/ Kevin G. McDonald, Esq.**
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322