## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12518 ELF |
| Akin Lackey | : Chapter 13 |
|         Debtor | : |
| | : |
| | : |
| New Residential Mortgage LLC c/o | : |
| NewRez LLC d/b/a Shellpoint Mortgage | : |
| Servicing | : |
| | : |
|         Movant | : |
|     vs. | : |
| Akin Lackey | : |
| | : |
|        Debtor and | : |
| | : |
| | : |
| William C. Miller, Esq. | : |
|      Trustee/Respondent | : |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

New Residential Mortgage LLC c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a motion for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) with this COURT.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **July 18, 2019** you or your attorney must do **all** of the following:

(a) file an answer explaining your position at:
U.S. Bankruptcy Court
Eastern District of PA
Bankruptcy Clerk of Courts
900 Market Street, #400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:

Paul J. Fanelli, Esquire
Pincus Law Group, PLLC
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
516-699-8902 PHONE
516-279-6990 FAX

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on at **July 30, 2019** at **9:30 a.m**., Courtroom **#1** United States Bankruptcy Court, Eastern District of Pennsylvania.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,

Dated: 07/03/2019          **PINCUS LAW GROUP, PLLC**

By:    /s/ Paul J. Fanelli
Paul J. Fanelli, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
Telephone: 516-699-8902
Fax: 516-279-6990
Email: pfanelli@pincuslaw.com