**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Vaughn A. Booker, Esquire**         Attorney for Debtor
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

| | |
|---|---|
| **In Re:** : | **Chapter 13 Bankruptcy** |
| : | |
| **Akin Lackey,** | |
|          Debtor      : | **BK No: 18-12518- ELF** |
|   vs. | |
| : | |
| **Ditech Financial, LLC** | |
| : | |
|          Movant | |
|   vs.      : | |
| **Akin Lackey,** | |
|          Debtor      : | |
| | |
| **William C. Miller, Esquire**      : | |
| | |
|          Trustee      : | |
| : | |

## CERTIFICATION OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Response to the Motion fo Relief from the Stay of the Creditor DiTech Financial, LLC, by regular first class mail or electronic transmission on the following named parties, Trustee or their Attorney of record on the date listed below:

William C. Miller, Esquire                                       Akin Lackey
1234 Market Street, Suite 1813                          1235 65th Avenue, Unit B
Philadelphia, Pennsylvania 19107                       Philadelphia, Pennsylvania 19126
Trustee                                                                    Debtor

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106-1532
Attorney for Movant
DiTech Financial, LLC

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19105

                                        **By:**

                                              **/s/Vaughn A. Booker, Esquire**
                                              **Vaughn A. Booker, Esquire**
**Dated: July 22, 2019**                            **Attorney for Debtor**