IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Akin Lackey<br>    Debtor | : Bankruptcy No. 18-12518 ELF<br>: Chapter 13 |
| New Residential Mortgage LLC c/o<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>    vs.<br>Akin Lackey<br>    Debtor and<br>William C. Miller, Esq.<br>    Trustee/Respondent | |

### ORDER

Upon consideration of the Motion (the "Motion") NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Movant"), dated July 3, 2019, for relief from the automatic stay as to Debtor with respect to real property known as 1235 65th Avenue, Philadelphia, PA 19126 (the "Premises"), it is hereby

**ORDERED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C.§1301, is hereby **MODIFIED** pursuant to 11 U.S.C. § 362d as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

**Order entered by default.**

Date:  7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**