United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12518-elf
Akin Lackey                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jul 30, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
db              Akin Lackey,    1235 65th Ave,    Unit B,    Philadelphia, PA 19126-3608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Anson Street, LLC jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND
               SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              NICOLE B. LABLETTA    on behalf of Creditor    Anson Street, LLC nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              PAUL JOSEPH FANELLI    on behalf of Creditor    New Residential Mortgage LLC c/o NewRez LLC d/b/a
               Shellpoint Mortgage Servicing pfanelli@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND
               SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Akin  Lackey vbs00001@aol.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12518 ELF |
| Akin Lackey | : Chapter 13 |
|         Debtor | : |
| | : |
| | : |
| New Residential Mortgage LLC c/o | : |
| NewRez LLC d/b/a Shellpoint Mortgage | : |
| Servicing | : |
| | : |
|         Movant | : |
|   vs. | : |
| Akin Lackey | : |
| | : |
|         Debtor and | : |
| | : |
| | : |
| William C. Miller, Esq. | : |
|     Trustee/Respondent | : |

**ORDER**

Upon consideration of the Motion (the "Motion") NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Movant"), dated July 3, 2019, for relief from the automatic stay as to Debtor with respect to real property known as 1235 65th Avenue, Philadelphia, PA 19126 (the "Premises"), it is hereby

**ORDERED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C.§1301 , is hereby **MODIFIED** pursuant to 11 U.S.C. § 362d as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

**Order entered by default.**

Date: 7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**