IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Akin Lackey | | CHAPTER 13 |
| | Debtor | |
| MTGLQ Investors, LP | | |
| | Movant | |
| vs. | | |
| | | NO. 18-12518 ELF |
| Akin Lackey | | |
| | Debtor | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Section 362 |

## AMENDED ORDER

AND NOW, this 4th day of September, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MTGLQ Investors, LP and its successor in title to proceed with the ejectment action regarding the premises 4814 North 11th Street Philadelphia, PA 19141. ~~Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action~~. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Akin Lackey
1235 65th Avenue, Unit B
Philadelphia, PA 19126-3608

Vaughn A. Booker, Esq.
Vaughn A. Booker Attorney at Law
1420 Walnut Street, Suite 815
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532