United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-12518-elf
Akin Lackey   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Sep 04, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db         Akin Lackey,   1235 65th Ave,   Unit B,   Philadelphia, PA   19126-3608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
         JASON BRETT SCHWARTZ    on behalf of Creditor    Anson Street, LLC jschwartz@mesterschwartz.com
         JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Partners for Payment Relief DE IV LLC c/o SN Servicing Corp. bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST kbuttery@rascrane.com
         KEVIN M. BUTTERY    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE kbuttery@rascrane.com
         MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         NICOLE B. LABLETTA    on behalf of Creditor    Anson Street, LLC nlabletta@pincuslaw.com, brausch@pincuslaw.com
         PAUL JOSEPH FANELLI    on behalf of Creditor    New Residential Mortgage LLC c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing pfanelli@pincuslaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         VAUGHN A. BOOKER    on behalf of Debtor Akin   Lackey vbs00001@aol.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                               TOTAL: 19

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Akin Lackey <br> _Debtor_ | CHAPTER 13 |
| MTGLQ Investors, LP <br> _Movant_ <br> vs. <br> Akin Lackey <br> _Debtor_ | NO. 18-12518 ELF |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## AMENDED ORDER

AND NOW, this 4th day of September, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MTGLQ Investors, LP and its successor in title to proceed with the ejectment action regarding the premises 4814 North 11th Street Philadelphia, PA 19141. ~~Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action~~. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Akin Lackey
1235 65th Avenue, Unit B
Philadelphia, PA 19126-3608

Vaughn A. Booker, Esq.
Vaughn A. Booker Attorney at Law
1420 Walnut Street, Suite 815
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532