**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| AKIN LACKEY | |
| Debtor | Bankruptcy No. 18-12518-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420  WALNUT STREET  STE 815

PHILADELPHIA, PA 19102-

Debtor:
AKIN  LACKEY

1235 65TH AVENUE
UNIT B
PHILADELPHIA, PA 19126