United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12518-elf
Akin Lackey                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2           Date Rcvd: Nov 06, 2019
                              Form ID: pdf900             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
```
db              Akin Lackey,   1235 65th Ave,   Unit B,    Philadelphia, PA  19126-3608
cr             +Anson Street, LLC,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,    Uniondale, NY 11556-3811
cr             +CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
14091802        American Education Services,    1234 Market St,    Princeton, NJ  22012
14124546        Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
14091803        Bank of America,    PO Box 15026,   Wilmington, DE  19850-5026
14091804        Chase,   PO Box 15298,    Wilmington, DE  19850-5298
14091805        Chase,   PO Box 78420,    Phoenix, AZ  85062-8420
14091806        City of Philadelphia Water Revenue Burea,     1404 John F Kennedy Blvd Fl 5,
                 Philadelphia, PA  19107-3212
14091807        Di Tech Financial,    306 E Clarkson Ave,    Philadelphia, PA  19120-3003
14202700       +Ditech Financial LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14346814        Fay Servicing LLC,    Po Box 814609,    Dallas TX    75381-4609
14117900      #+Greenwich Revolving Trust,    Fay Servicing, LLC,    3000 Kellway Dr Ste 150,
                 Carrollton TX 75006-3357
14091810        IC System, Inc.,    PO Box 64378,    Saint Paul, MN  55164-0378
14308917       +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
14367849       +Partners for Payment Relief DE IV LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14091813       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
14091815        RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT  06604-4725
14177039       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for U.S. Bank National Association,
                 BNY Mellon Independence Center,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14091816        Roundpoint Mortgage Servicing,    PO Box 19409,    Charlotte, NC  28219-9409
14091817        Rushmore Loan Management Services,    PO Box 814529,    Dallas, TX  75381-4529
14346812       +Rushmore Loan Management Services,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14091818        Shellpoint Mortgage Servcing Co,    PO Box 619063,    Dallas, TX  75261-9063
14091819        Thd/CBSD,    PO Box 6497,   Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14175258       +E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:17
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14091809        E-mail/Text: mrdiscen@discover.com Nov 07 2019 03:53:39      Discover Financial Services, LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
14091808        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 03:53:45      Di Tech Financial,
                 PO Box 94710,    Palatine, IL  60094-4710
14127851        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 03:53:45      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14127880        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 03:53:45
                 Ditech Financial LLC fka Green Tree Servicing LLC,    Ditech Financial LLC,    P.O. BOX 6154,
                 Rapid City, SD 57709-6154
14091811       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 07 2019 03:53:45       PECO Energy,
                 2301 Market St,    Philadelphia, PA 19103-1380
14382079       +E-mail/Text: bknotices@snsc.com Nov 07 2019 03:54:33      Partners for Payment Relief DE IV LLC,
                 c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
14091814       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:50:47
                 Portfolio Recovery and Affiliates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14091820       +E-mail/PDF: DellBKNotifications@resurgent.com Nov 07 2019 03:49:06      Web Bank/Dfs,
                 12234 N Interstate 35 SB Bldg B,    Austin, TX 78753-1744
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Fay Servicing, LLC,    PO Box 814609,   Dallas, TX  75381-4609
cr*            +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
14091812      ##Penny Mac Loan Services, LLC,    PO Box 29247,   Phoenix, AZ  85038-9247
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Nov 06, 2019
                              Form ID: pdf900             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

```
              JASON BRETT SCHWARTZ    on behalf of Creditor    Anson Street, LLC jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Partners for Payment Relief DE IV LLC c/o SN
               Servicing Corp. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND
               SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              NICOLE B. LABLETTA    on behalf of Creditor    Anson Street, LLC nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              PAUL JOSEPH FANELLI    on behalf of Creditor    New Residential Mortgage LLC c/o NewRez LLC d/b/a
               Shellpoint Mortgage Servicing pfanelli@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    GREENWICH REVOLVING TRUST BY WILMINGTON SAVINGS FUND
               SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Akin  Lackey vbs00001@aol.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 19
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          Chapter 13
AKIN LACKEY

                 Debtor            Bankruptcy No. 18-12518-ELF

## O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420  WALNUT STREET  STE 815

PHILADELPHIA, PA 19102-

Debtor:
AKIN  LACKEY

1235 65TH AVENUE
UNIT B
PHILADELPHIA, PA 19126